IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| BILLY E. WINGARD and<br>BILLY J. WINGARD,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | *<br>*<br>*<br>*     No. 4:07CV01216 SWW<br>*<br>*<br>* |

**Order of Dismissal**

Before the Court is defendant's unopposed motion for an order dismissing this case based upon the settlement agreement reached by the parties. The motion [docket entry 23] is granted.

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

DATED this 23rd day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE